UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST; CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; CALIFORNIA FIELD IRONWORKERS VACATION TRUST; CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND; CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST; CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST; and IRONWORKERS WORKERS' COMPENSATION TRUST,<br><br>    Plaintiffs and Judgment Creditors,<br><br>    v.<br><br>HEATON STEEL ERECTORS, INC.,<br><br>    Defendant and Judgment Debtor. | Case No.   2:10-MC-0112 FCD DAD<br><br><br>ORDER TO APPOINT PROCESS SERVER |

**IT IS HEREBY ORDERED** that Kern Legal Services, Inc. is appointed as the process server to enforce the judgment in the above-referenced matter by

//

1  serving the Writ of Execution. The U.S. Marshal's Service will remain as the Levying
2  Officer.
3  DATED: December 27, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  Ddad1\orders.civil\califironworkers0112.ord.apptprocsrvr

- 2 -